THOMAS P. O'BRIEN
Acting United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
JEANNIE M. JOSEPH
Assistant United States Attorney
(Cal. State Bar #180399)
    Ronald Reagan Federal Bldg. & U.S. District Courthouse
    411 W. 4th St., Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3576
    Facsimile: (714) 338-3561
    Email: jeannie.joseph@usdoj.gov

Attorneys for Plaintiff
United States Of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>GEORGE STEVEN KOOSHIAN, et al.,<br><br>       Defendants. | CASE NO. SA CR05-182(A)-AHS<br><br>ORDER RE:<br>STIPULATION TO CONTINUE SENTENCING OF DEFENDANT GEORGE STEVEN KOOSHIAN<br><br>Current Date:<br>9/14/09 @ 3:00 p.m.<br><br>New Date:<br>11/23/09 @ 3:30 p.m. |

    For the reasons set forth in the parties' stipulation, IT IS ORDERED that the sentencing of defendant GEORGE STEVEN KOOSHIAN is hereby continued from September 14, 2009 at 3:00 p.m. to

//

//

//

1068797.1

ORDER CONTINUING SENTENCING

1  November 23, 2009 at 3:30 p.m.  Defendant and counsel are ordered
2  to appear at that time.
3  DATED: September 10, 2009
4
5              **ALICEMARIE H. STOTLER**
   HONORABLE ALICEMARIE H. STOTLER
   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28